I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9·18·14

DEPUTY CLERK

JS6/Entered

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY GOODRICH,<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL,<br><br>    Respondent. | Case No. CV 14-7084-JFW (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 9/16/14

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE